

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:23-cr-126 |
| | ) | |
| v. | ) | 18 U.S.C. § 2241(c) |
| | ) | Aggravated Sexual Abuse with Children |
| JOSHUA LEE RAY, | ) | (Counts 1–3) |
| | ) | |
| Defendant. | ) | 18 U.S.C. § 2252(a)(4)(A) |
| | ) | Possession of Child Pornography |
| | ) | (Count 4) |
| | ) | |
| | ) | 18 U.S.C. § 1519 |
| | ) | Destruction, Alteration, and Falsification of Records |
| | ) | (Count 5) |
| | ) | |
| | ) | 18 U.S.C. § 2253 |
| | ) | Criminal Forfeiture |

<u>INDICTMENT</u>

October 2023 Term - Norfolk

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
(Aggravated Sexual Abuse with Children)

From in or about January 2017 through in or about December 2021, within the Eastern District of Virginia, within the special maritime and territorial jurisdiction of the United States, the defendant, Joshua Lee RAY, did knowingly engage in a sexual act, to wit, contact between the mouth and the penis, with another person who had not attained the age of 12 years, namely Minor Victim 1.

(In violation of Title 18, United States Code, Sections 2241(c) and 7.)

1

## COUNT TWO
(Aggravated Sexual Abuse with Children)

From in or about January 2015 through in or about January 2017, within the Eastern District of Virginia, within the special maritime and territorial jurisdiction of the United States, the defendant, Joshua Lee RAY, did knowingly engage in sexual acts, to wit, contact between the mouth and the penis, and the mouth and the vulva, and the intentional touching, not through the clothing, of the genitalia of another person who has not attained the age of 16 years with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, with another person who had not attained the age of 12 years, namely Minor Victim 2.

(In violation of Title 18, United States Code, Sections 2241(c) and 7.)

## COUNT THREE
(Aggravated Sexual Abuse with Children)

From in or about June 2022 through in or about October 2023, within the Eastern District of Virginia, within the special maritime and territorial jurisdiction of the United States, the defendant, Joshua Lee RAY, did knowingly engage in a sexual act, to wit, contact between the mouth and the vulva, with another person who had not attained the age of 12 years, namely Minor Victim 3.

(In violation of Title 18, United States Code, Sections 2241(c) and 7.)

## COUNT FOUR
(Possession of Child Pornography)

From on or about June 23, 2022, through on or about October 6, 2022, within the Eastern District of Virginia, within the special maritime and territorial jurisdiction of the United States, the defendant, Joshua Lee RAY, knowingly possessed at least one matter, namely a cellular telephone, specifically an Android Note 20, model SM-N981U, which was manufactured outside of Virginia, which contained a visual depiction that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped and transported, by any means including by computer, and the producing of such visual depiction involved the use of a minor, including a prepubescent minor and minor who had not attained 12 years of age, engaging in sexually explicit conduct, and such visual depiction is of such conduct.

(In violation of Title 18, United States Code, Sections 2252(a)(4)(A) and 7.)

## COUNT FIVE
(Destruction, Alteration, and Falsification of Records)

On or about September 22, 2022, within the Eastern District of Virginia, the defendant, Joshua Lee RAY, did knowingly and did attempt to alter, destroy, mutilate, conceal and cover up a record and tangible object, namely the contents of his cellular phone, with the intent to impede, obstruct, and influence the investigation and proper administration of the Naval Criminal Investigative Service's investigation, a matter that the defendant knew and contemplated was within the jurisdiction of the Naval Criminal Investigative Service, a department and agency of the United States.

(In violation of Title 18, United States Code, Section 1519.)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

Pursuant to Federal Rule of Criminal Procedure 32.2, the defendant, JOSHUA LEE RAY, is hereby notified:

A. Upon conviction of any of the violations alleged in Counts One through Four of this Indictment, the defendant shall forfeit to the United States:

1. Any and all matter which contains child pornography or any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2251 *et seq.*;

2. Any and all property, real and personal, used or intended to be used in any manner or part to commit or to promote the commission of violations of Title 18, United States Code, Section 2251 *et seq.*, and any property traceable to such property;

3. Any and all property, real and personal, constituting, derived from, or traceable to gross profits or other proceeds obtained from the violations of Title 18, United States Code, Section 2251 *et seq.*; and

B. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 2253; and Title 21, United States Code, Section 853(p).)

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office*

*United States v. Joshua Lee Ray*
Criminal No. 2:23cr126

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Victoria Liu
Special Assistant United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email Address:   victoria.liu@usdoj.gov